# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JEFFREY A. LIEPELT

VERSUS

RIVER CLUB DEVELOPMENT, LLC,
MJB CONSTRUCTION, LLC, POOLS
BY JOE CROWTON, LLC, TOC
HARD SCAPES UNLIMITED, INC.,
AND LAMULLE CONSTRUCTION,
L.L.C.

NO.   2024 CW 0501

**JULY 29, 2024**

---

In Re:   Cypress Engineering, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201912842.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

WRC
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT